No. 586. OSCAR HAMPTON STEVENS, PETITIONER, *v.* RICHMOND SMITH ET AL. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. C. McDougal* for petitioner. No appearance for respondents.

No. 587. RUDOLPH H. LANGE, PETITIONER, *v.* UNION PACIFIC RAILWAY COMPANY. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. T. Wells* for petitioner. *Mr. Willard Teller,. Mr. Clayton C. Dorsey* and *Mr. W. R. Kelly* for respondent.

No. 592. CITY NATIONAL BANK OF GREENVILLE, S. C., PETITIONER, *v.* RICHMOND GUANO COMPANY. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. J. Haynsworth* for petitioner. *Mr. Julius H. Heywood* for respondent.

No. 601. ATLANTIC TRANSPORT COMPANY, CLAIMANT, PETITIONER, *v.* FRANCIS E. DODGE ET AL. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioner. *Mr. Wilhelmus Mynderse* for respondents.